**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MONIQUE HAMILTON, | ) | Case No. 1:25-cv-02102 |
| | ) | |
| Plaintiff and | ) | Judge J. Philip Calabrese |
| Counter-Defendant, | ) | |
| | ) | Magistrate Judge |
| v. | ) | Jonathan D. Greenberg |
| | ) | |
| BMW FINANCIAL SERVICES, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants and | ) | |
| Counter-Claimants. | ) | |
| | ) | |

**OPINION AND ORDER**

On November 7, 2025, Plaintiff Monique Hamilton moved to dismiss Defendant Experian Information Solutions, Inc. with prejudice, pursuant to Rule 21 of the Federal Rules of Civil Procedure. (ECF No. 10.) On November 12, 2025, Plaintiff moved to dismiss Defendant Trans Union, LLC with prejudice under the same rule. (ECF No. 11.) On December 1, 2025, Defendant BMW Financial Services filed an answer and counterclaim of breach of contract against Plaintiff. (ECF No. 13.) On February 10, 2026, Plaintiff moved to dismiss Defendant BMW Financial Services with prejudice pursuant to Rule 21. (ECF No. 17.) That same day, Plaintiff filed a notice that she was voluntarily dismissing the final remaining defendant, Equifax Information Services, LLC, with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. (ECF No. 18.) Before each filing concerning

voluntary dismissal, Plaintiff filed settlement notices pertaining to each Defendant. (ECF No. 6; ECF No. 9; ECF No. 15; ECF No. 16.)

Rule 21 provides that the Court may at any time, on just terms, add or drop a party. Fed. R. Civ. P. 21. Unless the parties agree otherwise, the Court generally drops a party under Rule 21 without prejudice. *See Michaels Bldg. Co. v. Ameritrust Co. N.A.*, 848 F.2d 674, 682 (6th Cir. 1988). Here, Plaintiff moves to dismiss Defendants Experian Information Solutions, Inc., Trans Union, LLC, and BMW Financial Services with prejudice. (ECF No. 10; ECF No. 11; ECF No. 17.) Dismissal of a party under Rule 21 is committed to the sound discretion of the district court. *Hiller v. HSBC Fin. Corp.*, 589 F. App'x 320, 321 (6th Cir. 2015) (per curiam) (citing *Sutherland v. Michigan Dep't of Treasury*, 344 F.3d 603, 612 (6th Cir. 2003)).

Based on the Court's review of the record, and the failure of any party to object, the Court sees no reason not to dismiss Defendants Experian Information Solutions, Inc. and Defendant Trans Union, LLC with prejudice. As for BMW Financial Services, Plaintiff's motion to dismiss makes no mention of that Defendant's counterclaims. (ECF No. 17.) Neither does Plaintiff's settlement notice. (ECF No. 16.) And Defendant BMW Financial Services has not independently indicated whether it seeks the dismissal of its counterclaims against Plaintiff as part of an agreement between the parties. But the Court assumes that the settlement notice resolves the entirety of the dispute between Plaintiff and BMW Financial Services.

Following Plaintiff's Rule 21 motions seeking dismissal of Defendants Experian Information Solutions, Inc., Trans Union, LLC, and BMW Financial

Services, she filed a notice of dismissal with prejudice of the fourth and final defendant, Equifax Information Services LLC, under Rule 41(a)(1)(A)(i). (ECF No. 18.) Because Equifax Information Services did not file an answer, the notice of dismissal is self-executing.

For these reasons, the Court **GRANTS** the motions **DISMISSING** Defendants Experian Information Solutions, Inc., Trans Union, LLC, and BMW Financial Services **WITH PREJUDICE** (ECF No. 10; ECF No. 11; ECF No. 17), and closes this case.

**SO ORDERED.**

Dated: April 15, 2026

J. Philip Calabrese
United States District Judge
Northern District of Ohio

3